IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAWANDA FOUREZ,                              )
                                             )
         Plaintiff,                          )
                                             )
v.                                           )          Case No. 3:09-cv-19 DRH
                                             )
CHRISTOPHER GREATER AREA RURAL               )
HEALTH PLANNING CORP., et al.,               )
                                             )
         Defendants.                         )

## ORDER

Currently pending before the Court is Defendants' Motion for Substitution of the United States as Defendant (Doc. 3). The United States Attorney, acting under delegated authority of the Attorney General, has certified that at the time of the incidents described in the complaint Defendants Christopher Great Area Rural Health Planning Corporation and Clint Connor, M.D. were acting within the scope of their employment as a deemed employee of the Public Health Service. Based upon this certification, and pursuant to 42 U.S.C. §§233(c) and (g)(1)(A), the Motion for Substitution is **GRANTED**.

**IT IS THEREFORE ORDERED** that the United States shall be **SUBSTITUTED** for Defendants Christopher Great Area Rural Health Planning Corporation and Clint Connor, M.D. in this action.

**IT IS SO ORDERED.**

**DATED: February 18, 2009**

                                             s/ *Donald G. Wilkerson*
                                             **DONALD G. WILKERSON**
                                             **United States Magistrate Judge**